AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Shane Kenneth Schmidt | ) | 20-MJ-6415-MPK |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _December 2018 to January 2020_ in the county of _Middlesex_ in the _____ District of _Massachusetts_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud |
| 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5 | Securities Fraud |

This criminal complaint is based on these facts:

See attached affidavit by FBI Special Agent Keith Brown.

☑ Continued on the attached sheet.

/s/ Keith Brown

*Complainant's signature*

Keith Brown, FBI, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _telephone_ *(specify reliable electronic means).*

Date: _06/08/2020_

*Judge's signature*

City and state: _Boston, Massachusetts_      Hon. M. Page Kelley U.S. Magistrate Judge

*Printed name and title*