IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-mj-6415-MPK |
| ) | |
| SHANE KENNETH SCHMIDT, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting attached affidavit, this motion, and the Court's order on this motion. As grounds for this motion, the government states that it no longer believes that public disclosure of these materials might jeopardize the ongoing investigation of this case.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ James R. Drabick*
James R. Drabick
Assistant U.S. Attorney

Date:  June 10, 2020

HONORABLE M. PAGE KELLEY
U.S. Magistrate Judge
District of Massachusetts